AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Marcos Medina Bejar<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:26-MJ-24<br>)<br>)<br>) |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 4 2026
CLERK, U.S. DISTRICT COURT
By_____
         Deputy**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 3, 2026** in the county of **Carson** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Newton, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 2/4/26

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:26-MJ-24

**Affidavit in Support of Complaint**

I, Thomas Newton, being duly sworn under oath, do hereby depose and state:

1. I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), and I have been so employed since January 2025. I have been employed as a police officer with the City of Amarillo since 2005. As part of my duties as a TFO, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in hundreds of investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841 (a)(1). I also have specialized training and knowledge in investigating the illicit proceeds of narcotic smuggling and trafficking in violation of Title 18, United States Code, Section 1956 (a)(1).

2. On February 3, 2026, a trooper with the Texas Department of Public Safety conducted a traffic stop on Marcos Medina BEJAR on Interstate 40, mile marker 90, in Carson County, Texas, which is within the Amarillo Division of the Northern District of Texas. The trooper stopped BEJAR for speeding and failing to signal a lane change.

3. The DPS Trooper conducted a road side interview and noticed inconsistencies with BEHAR's travel. Consent to search was requested and BEJAR consented to a search of his vehicle. As the DPS trooper searched underneath the

vehicle, he noticed inconsistent and unusual lead weight placement on the wheels of the vehicle, typically used to balance a tire. Based on reasonable suspicion, the DPS trooper arranged for the vehicle to be driven to nearby DPS headquarters. A DPS canine conducted a free air sniff on the tires and alerted to one of the tires on the vehicle. The tires from the vehicle were removed from the vehicle and transported to NAPS Auto Parts to inspect the inside of the tires. Each of the vehicle tires contained metal containers containing clear wrapped packages that contained a crystalline substance of suspected methamphetamine. A presumptive field test was conducted on the crystalline substance was positive for methamphetamine.

4. The Affiant and other DEA TFO's were called to assist with the investigation. The suspected methamphetamine weighed approximately 72 pounds and field tested positive for the presence of methamphetamine. From my training and experience, I know the amount of methamphetamine found in BEJAR'S possession is consistent only with distribution, not someone's personal use.

5. Following BEJAR's arrest, he waived his constitutional rights and agreed to speak with investigators. BEJAR admitted that he was driving the vehicle to Oklahoma City for payment. BEJAR admits that this is the second trip that he has made.

6. Based upon the foregoing, there is probable cause to believe that Marcos Medina BEJAR did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

_____
Thomas Newton
Task Force Officer
Drug Enforcement Administration

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 4th day of February, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

*s/ Anna Marie Bell*
Anna Marie Bell
Assistant United States Attorney